# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:15-cr-00159 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| | : | |
| **FLOYD A. BENKO,** | : | |
| **Defendant** | : | |

## ORDER

**ACCORDINGLY**, on this 16th day of February 2016, **IT IS HEREBY ORDERED**

**THAT** Defendant's motion to dismiss the indictment (Doc. No. 21), is **DENIED**.

                                                     S/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania