# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:15-cr-00159 |
| **v.** : | (Judge Kane) |
| : | |
| **FLOYD A. BENKO,** : | |
| **Defendant** : | |

## ORDER

**ACCORDINGLY**, on this 8th day of September 2016, **IT IS HEREBY ORDERED THAT** Defendant's Daubert motion (Doc. No. 31), is **DENIED**. Dr. Keri Donaldson will be permitted to present the limited expert testimony proposed by the Government.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania