**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:15-cr-00159 |
| **v.** : | (Judge Kane) |
| : | |
| **FLOYD A. BENKO,** : | |
|     **Defendant** : | |

## ORDER

**ACCORDINGLY**, on this 8th day of September 2016, **IT IS HEREBY ORDERED THAT** Government's motion in limine (Doc. No. 30), is **GRANTED IN PART**. Government's exhibits 9A and 9B are admissible in evidence at trial of this matter, and exhibits 9 and 24 may be introduced through a qualified witness. Government's exhibits 8 and 10 will be admitted, provided that exhibit 9 is properly introduced.

                                                                  S/ Yvette Kane
                                                                   Yvette Kane, District Judge
                                                                   United States District Court
                                                                   Middle District of Pennsylvania